IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN PEIFER, SOPHIA PEIFER AND JAMES GUIDRY, JR. | CASE NO.: |
| Plaintiffs, | JUDGE: |
| versus | MAGISTRATE JUDGE |
| RELIANCE STANDARD LIFE INS. CO. AND NORTHEAST GENERAL HEALTH SYSTEM, INC. | |
| Defendants. / | |

## NOTICE OF REMOVAL

Defendant, by and through its undersigned attorneys, timely files this Notice of Removal pursuant to 28 U.S.C. § 1331, 29 U.S.C. §1132(e) and 28 U.S.C. §1441(a), (b) and (c) removing the above-captioned action from the 24th Judicial District Court, Jefferson Parish, Louisiana, to the United States District Court for the Eastern District of Louisiana, and avers as follows:

1. The above-captioned action was commenced by Plaintiff on or about June 28, 2018. A copy of the complaint is attached as Exhibit A.

2. In this lawsuit, Plaintiffs seek life insurance benefits under a group policy issued to Northeast Georgia Regional Health System, Inc.

3. The Policy, and therefore, the claims in this case, are governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 et. seq.

1247837v.1

4. A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. §1441(c) as an action arising under a federal law. *See Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dedeaux*, 481 U.S. 41 (1987).

5. This court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132(e), as a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this court pursuant to the provisions of 28 U.S.C. §1441(a), (b) and (c).

6. This Notice of Removal is being filed within thirty days of removing defendant's receipt of the Complaint as required by 28 U.S.C. §1446(b).

7. No pleadings, process or orders other than those referred to above have been served on defendant and therefore no other pleadings, process or orders are attached to this Notice as required by 28 U.S.C. §1446(a).

8. As of the date this Notice is being filed, the co-defendant has not been served with the Complaint, therefore, consent to remove is not required.

9. All fees required by law in connection with this notice have been filed by defendant.

WHEREFORE, Defendant removes the above-captioned matter now pending in the 24th Judicial District Court, Jefferson Parish, Louisiana, to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted;

Taylor, Wellons, Politz & Duhe, APLC

*/s/Paul J. Politz*

PAUL J. POLITZ (#19741)
STEPHEN T. PERKINS (#21014)
1515 Poydras Street, Suite 1900
New Orleans, LA 70112
Telephone:     (504) 525-9888
Facsimile:      (504) 525-9899
COUNSEL FOR DEFENDANT, RELIANCE
STANDARD LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant hereby certifies that on the 17th day of July, 2018, a copy of the Notice of Filing of Notice of Removal was served via facsimile or U.S. mail, postage prepaid, to the following:

Scott Spivey
1340 Poydras St., Ste 2000
New Orleans, LA 70112

Northeast Georgia Regional Health System
743 Spring St., NE
Gainesville, GA 30501

*/s/Paul J. Politz*

Taylor, Wellons, Politz & Duhe, APLC

1247837v.1