UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN PEIFER, SOPHIA PEIFER AND
JAMES GUIDRY, JR.

      **Plaintiffs,**

 versus

RELIANCE STANDARD LIFE INS. CO.
AND NORTHEAST GENERAL HEALTH
SYSTEM, INC.

      **Defendants.**
_____/

CIVIL ACTION

No. 2:18-cv-06755-SSV-KWR

SECTION "R" (4)

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion for Final Judgment of Dismissal with Prejudice,

**IT IS ORDERED, ADJUDGED and DECREED** that the Motion is **GRANTED** and that any and all claims of Plaintiffs, **JOHN PEIFER, SOPHIA GUIDRY, AND JAMES GUIDRY, JR.,** against defendant, **RELIANCE STANDARD LIFE INS.. CO.,** are hereby dismissed with prejudice, with each party to bear that party's own costs.

This Judgment is designated as a final judgment pursuant to Fed.R.Civ.P. 54(b).

**JUDGMENT READ, RENDERED AND SIGNED** in New Orleans, Louisiana, this __9th__ day of January, 2019.

*Sarah Vance*
_____
**HONORABLE JUDGE SARAH S. VANCE**